# Transfer of Jurisdiction

| | | |
|---|---|---|
| | | Case Number (Trans. Court)<br>4:02-CR-144-A(02) |
| | | Case Number (Rec. Court) |

*U.S. DISTRICT COURT*
*NORTHERN DIST. OF TX*
*FT. WORTH DIVISION*
*2017 JUN 21 PM 1:22*
*CLERK OF COURT*

| Name Of Probationer/Supervised Releasee<br>David Clyde Morgan | District<br>Northern District of Texas | Division<br>Fort Worth |
|---|---|---|
| | Name of Sentencing Judge<br>The Honorable Judge John McBryde | |
| | Dates Of Probation/ Supervised Release | From<br>March 24, 2017 | To<br>March 23, 2022 |

**Offense**
Conspiracy to Possess With Intent to Distribute a Controlled Substance, 21 U.S.C. § 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Eastern District of North Carolina, Wilmington Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 5/30/17       U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Eastern District of North Carolina, Wilmington Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 6/20/17       U.S. District Judge: Dever

Prob22 (Revised 12/12/14)                                   Page 1 of 1