**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. _____ |
| RYAN DEAVER (1) | § | 4 0 2 C R 0 1 4 4 A |
| DAVID CLYDE MORGAN (2) | § | |
| JAMES RUSSELL REASONER (3) | § | |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

Beginning in or about October 2000 and continuing thereafter until on or about June 2002, in the Fort Worth Division of the Northern District of Texas, RYAN DEAVER, DAVID CLYDE MORGAN and JAMES RUSSELL REASONER, defendants, did intentionally and knowingly combine, conspire, confederate, and agree among themselves and with each other, and with other persons unknown to the grand jury, to possess with intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

A violation of Title 21, United States Code, Section 846 [Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(B)].

A TRUE BILL

_____
FOREMAN OF THE GRAND JURY

INDICTMENT                                                                                              Page 1

JANE J. BOYLE
UNITED STATES ATTORNEY

*[signature]*

REED C. O'CONNOR
Assistant United States Attorney
State Bar of Texas No. 15187980
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Phone: 817/252-5200
Facsimile: 817/978-3094

INDICTMENT Page 2

No.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.
RYAN DEAVER (1)
DAVID CLYDE MORGAN (2)
JAMES RUSSELL REASONER (3)

---

INDICTMENT

21 U.S.C. § 846

Conspiracy to Possess with Intent to Distribute Controlled Substance Conspiracy

(1 COUNT)

---

A True bill,                                                              _[signature]_

FORT WORTH                                                                     Foreman
Filed in open court this __17th__ day of _July_____, A.D. 2002

---

Warrant to Issue                                                                 Clerk
_[signature]_
UNITED STATES ~~DISTRICT~~ JUDGE
      MAGISTRATE