# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:02−cr−00144−A−2

| | |
|---|---|
| Case title: USA v. Deaver, et al | Date Filed: 07/17/2002 |
| Related Case: 4:16−cv−00571−A | Date Terminated: 11/22/2002 |

Assigned to: Judge John McBryde

**Defendant (2)**

| | | |
|---|---|---|
| **David Clyde Morgan**<br>*TERMINATED: 11/27/2002* | represented by | **Lawrence Brown**<br>Brown PC<br>500 Main St<br>Suite 400<br>Fort Worth, TX 76102<br>817/870−0025<br>Fax: 817/870−0515<br>Email: lawrence.brown@browntax.com<br>*TERMINATED: 11/27/2002*<br>*LEAD ATTORNEY*<br>*Designation: CJA Appointment*<br>*Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 – CONSPIRACY TO POSSESS WITH INTENT TO DISTIBUTE METHAMPHETAMINE<br>(1) | Pled guilty−Committed to BOP 211 months. S/R 5 yrs. No fine. MSA $100.00. Court recommends dft be allowed to participate in the 500 hour Comprehensive Drug Treatment Program. Dft remanded to custody of USM. (5pg) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alex C Lewis–DOJ**<br>US Attorney's Office<br>801 Cherry Street<br>Suite 1700<br>Fort Worth, TX 76102–6882<br>817–252–5200<br>Fax: 817–252–5455<br>Email: alex.lewis@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Angie L Henson–DOJ**<br>US Attorney's Office<br>1100 Commerce St<br>Suite 300<br>Dallas, TX 75242–1027<br>214/659–8600<br>Fax: 214/659–8807<br>Email: angie.henson@usdoj.gov<br>*TERMINATED: 11/18/2014*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Reed C O'Connor**<br>US District Court<br>1100 Commerce St<br>Room 1452<br>Dallas, TX 75242<br>214/753–2201<br>*TERMINATED: 10/19/2005*<br>*Designation: Retained*<br>*Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/17/2002 | 1 | | INDICTMENT as to Ryan Deaver (1) count(s) 1, David Clyde Morgan (2) count(s) 1, James Russell Reasoner (3) count(s) 1 (3pgs) (geb) (Entered: 07/18/2002) |
| 07/18/2002 | 3 | | Arrest WARRANT issued as to David Clyde Morgan (1) (geb) (Entered: 07/18/2002) |
| 07/23/2002 | 5 | | MOTION by USA as to David Clyde Morgan for writ of habeas corpus Ad Prosequendum Aug 6, 2002 2:00pm (1pg) (mjw) (Entered: 07/24/2002) |
| 07/24/2002 | 7 | | ORDER as to David Clyde Morgan granting [5–1] motion for writ of habeas corpus Ad Prosequendum Aug 6, 2002 2:00pm as to David Clyde Morgan (2) cc: 7.25.02 Page(s): 1 ( Signed by Judge John McBryde ) (mjw) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/25/2002) |
| 07/24/2002 | 8 | | WRIT of Habeas Corpus ad Prosequendum issued as to David Clyde Morgan for Aug 6, 2002 2:00pm (2pg) (mjw) (Entered: 07/25/2002) |
| 08/06/2002 | 14 | | Arrest WARRANT Returned Executed as to David Clyde Morgan on 8/6/02 by USMS Carruthers. (1pg) (mjw) (Entered: 08/07/2002) |
| 08/06/2002 | <u>15</u> | | ORDER as to David Clyde Morgan set Arraignment for 9:00 8/9/02 for David Clyde Morgan cc: 8.7.02 Page(s): 1 ( Signed by Judge John McBryde ) (mjw) (Entered: 08/07/2002) |
| 08/06/2002 | 16 | | Minute entry as to David Clyde Morgan : ; Held before Magistrate Judge Charles Bleil Court Reporter: 08/06/02 Deft & AUSA O'Connor present for initial appearance...Deft arrested 8/6/02...Deft requests appointed counsel...Financial Affidavit executed...Private counsel Larry Brown appointed...Arraignment set 8/9/02 @9:00 a.m...Detention hearing set 8/9/02 @10:00 a.m...Order of Temporary Detention Pending Hearing entered...Dft remanded to custody. (1) (geb) (Entered: 08/07/2002) |
| 08/06/2002 | | | ARREST of David Clyde Morgan (geb) (Entered: 08/07/2002) |
| 08/06/2002 | | | Initial appearance as to David Clyde Morgan held (Defendant informed of rights.) (geb) (Entered: 08/07/2002) |
| 08/06/2002 | 17 | | ORDER fixing dates as to David Clyde Morgan ; Arraignment set for 9:00 8/9/02 for David Clyde Morgan ; Detention Hearing set for 10:00 8/9/02 for David Clyde Morgan cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 08/07/2002) |
| 08/06/2002 | 18 | | CJA 23 FINANCIAL AFFIDAVIT by David Clyde Morgan (1) (geb) (Entered: 08/07/2002) |
| 08/06/2002 | 19 | | CJA 20 as to David Clyde Morgan : Appointment of Attorney Lawrence Brown ; Attorney notified and Appointment Packet mailed. cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 08/07/2002) |
| 08/06/2002 | 20 | | ORDER OF Temporary Pending Hearing DETENTION as to David Clyde Morgan cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 08/07/2002) |
| 08/06/2002 | 21 | | MOTION by USA as to David Clyde Morgan for Pretrial detention (2) (geb) (Entered: 08/07/2002) |
| 08/09/2002 | 22 | | Minute entry as to David Clyde Morgan : ; Held before Magistrate Judge Charles Bleil Court Reporter: Tape #4888 Deft, AUSA O'Connor & Appt ATty Brown present for detention hearing...Deft remanded to custody. (1) (geb) (Entered: 08/09/2002) |
| 08/09/2002 | | | Detention hearing as to David Clyde Morgan held (geb) (Entered: 08/09/2002) |
| 08/09/2002 | 23 | | ORDER as to David Clyde Morgan granting [21-1] motion for Pretrial detention as to David Clyde Morgan (2) cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 08/09/2002) |
| 08/09/2002 | | | Arraignment as to David Clyde Morgan held (mjw) (Entered: 08/12/2002) |

| | | | |
|---|---|---|---|
| 08/09/2002 | | | PLEA of Not Guilty by David Clyde Morgan (2) count(s) 1 ; Court accepts plea. (mjw) (Entered: 08/12/2002) |
| 08/09/2002 | | | Jury trial as to David Clyde Morgan set at 9:00 9/30/02 for David Clyde Morgan (mjw) (Entered: 08/12/2002) |
| 08/09/2002 | 27 | | Minute entry as to David Clyde Morgan :ARRAIGNMENT; Held before Judge John McBryde Court Reporter: Eileen Brewer AUSA O'Connor and Lawrence Brown (A) present. Held on Count 1. NSG. Dft enters plea of not guilty. Trial set for 9.30.02 at 9:00am. Pretrial motions due 8.26.02. Discovery motions/govt responses due 8.29.02. Dft remanded to custody. (1pg) (mjw) (Entered: 08/12/2002) |
| 08/09/2002 | 28 | | PRETRIAL SCHEDULING ORDER as to David Clyde Morgan setting Jury Trial for 9:00 9/30/02 for David Clyde Morgan ; Pretrial Materials 8/26/02 cc: 8.12.02 Page(s): 5 ( Signed by Judge John McBryde ) (mjw) (Entered: 08/12/2002) |
| 08/20/2002 | 29 | | ORDER as to David Clyde Morgan Rearraignment set for 10:00 8/23/02 for David Clyde Morgan cc: all Page(s): 1 ( Signed by Judge John McBryde ) (geb) (Entered: 08/21/2002) |
| 08/23/2002 | | | Rearraignment HELD; PLEA OF GUILTY by David Clyde Morgan (2) count(s) 1 ;Dft(s) informed of rights; Court Accepts Plea; (mjw) (Entered: 08/23/2002) |
| 08/23/2002 | | | Sentencing set for 9:00 11/22/02 for David Clyde Morgan , David Clyde Morgan (2) count(s) 1 (mjw) (Entered: 08/23/2002) |
| 08/23/2002 | 30 | | Minute entry as to David Clyde Morgan :REARRAIGNMENT; Held before Judge John McBryde Court Reporter: Eileen Brewer AUSA Saleem and Lawrence Brown (A) present. Dft sworn. Held on Count 1. Defense waived reading of indictment. NSG. Dft enters plea of guilty. Court defers acceptance of plea agreement. Plea agreement filed. Factual resume filed. Dft is adjudged guilty as to Count 1. Sentencing set for 11.22.02 at 9:00am. PSI due 9.30.02. Presentence referral form to Brown. Dft remanded to custody. (1pg) (mjw) (Entered: 08/23/2002) |
| 08/23/2002 | 31 | | Plea Agreement as to David Clyde Morgan (5pg) (mjw) (Entered: 08/23/2002) |
| 08/23/2002 | 32 | | Factual Resume as to David Clyde Morgan (3pg) (mjw) (Entered: 08/23/2002) |
| 08/23/2002 | 33 | | SCHEDULING ORDER FOR SENTENCING (GUIDELINES SENTENCING) as to David Clyde Morgan PSI due by 4:30 9/30/02 for David Clyde Morgan ; Objections to PSI due by 4:30 10/15/02 for David Clyde Morgan ; PSI Addendum due by 4:30 10/28/02 for David Clyde Morgan ; Objections to PSI Addendum due by 4:30 11/4/02 for David Clyde Morgan ; Sentencing set for 9:00 11/22/02 for David Clyde Morgan ; cc: 8.23.02 Page(s): 3 ( Signed by Judge John McBryde ) (mjw) (Entered: 08/23/2002) |
| 10/04/2002 | 49 | | DFT'S MOTION by David Clyde Morgan for Downward Departure (3pg) (mjw) (Entered: 10/07/2002) |
| 10/21/2002 | 57 | | GOVT'S RESPONSE by USA as to David Clyde Morgan re [49−1] motion for Downward Departure (2pg) (mjw) (Entered: 10/22/2002) |

| | | | |
|---|---|---|---|
| 11/19/2002 | 70 | | ORDER...the court has tentatively concludedthat all objections made by dft are without merit and that dft should be denied acceptance of responsibility and that there should be a three–level increase in his total offense level as to David Clyde Morgan cc: 11.20.02 Page(s): 2 ( Signed by Judge John McBryde ) (mjw) (Entered: 11/20/2002) |
| 11/22/2002 | | | Sentencing held David Clyde Morgan (2) count(s) 1 (mjw) (Entered: 11/25/2002) |
| 11/22/2002 | 72 | | Minute entry as to David Clyde Morgan :SENTENCING; terminating [49–1] motion for Downward Departure–overruled as to David Clyde Morgan (2); Held before Judge John McBryde Court Reporter: Eileen Brewer AUSA Saleem and Lawrence Brown (A) present. NSG. Committed to BOP 211 months. S/R 5 yrs. MSA $100.00. Dft advised of right to appeal. Dft remanded to custody. Court recommends 500 hr comprehensive drug program. (1pg) (mjw) (Entered: 11/25/2002) |
| 11/22/2002 | 73 | | NOTICE of Right to Appeal Conviction and Sentence Imposed After Plea of Guilty as to David Clyde Morgan (1pg) (mjw) (Entered: 11/25/2002) |
| 11/27/2002 | 74 | 6 | JUDGMENT David Clyde Morgan (2) count(s) 1. Pled guilty–Committed to BOP 211 months. S/R 5 yrs. No fine. MSA $100.00. Court recommends dft be allowed to participate in the 500 hour Comprehensive Drug Treatment Program. Dft remanded to custody of USM. (5pg) ( Signed by Judge John McBryde ) (mjw) (tle). (Entered: 11/27/2002) |
| 12/09/2002 | 78 | | CJA 20 as to David Clyde Morgan Authorization to Pay Lawrence Brown $ 2,220.80 Voucher # 021209000013 cc: Page(s): 1 ( Signed by Judge John McBryde ) (mjw) (Entered: 12/09/2002) |
| 05/17/2004 | 133 | | MOTION requesting transcripts by David Clyde Morgan (mfw, ) (Entered: 05/17/2004) |
| 05/21/2004 | 134 | | ORDER denying 133 Motion requesting transcripts as to David Clyde Morgan (2) (Signed by Judge John McBryde on 5/21/04) (mjw, ) (Entered: 05/21/2004) |
| 06/24/2016 | 179 | | MOTION to Vacate under 28 U.S.C. 2255 (see civil case for all future related filings) filed by David Clyde Morgan (wrb) Civil case 4:16–cv–00571–A opened. (Entered: 06/27/2016) |
| 06/21/2017 | 180 | | ORDER TRANSFERRING PROBATION/SUPERVISED RELEASE JURISDICTION as to David Clyde Morgan pursuant to 18 USC 3605 with the records of this court TO the US District Court for Eastern District of North Carolina, Wilmington Division FROM Northern District of Texas, Fort Worth Division upon order accepting jurisdiction. (Ordered by Judge John McBryde on 6/21/2017) (edm) (Entered: 06/21/2017) |